# ACTION BY WRITTEN CONSENT
# OF MEMBERS OF
# 32 W. 39TH STREET SOLE MEMBER LLC

December 18, 2024

The undersigned constituting the authorized signatory of 32 W. 39th STREET SOLE MEMBER LLC, a limited liability company organized under the laws of the State of New York (the "**Company**"), does hereby consent, approve and adopt the following resolutions, with the same force and effect as if duly adopted at a meeting of the members of the Company:

**WHEREAS**, the undersigned has determined that the commencement by the Company of a bankruptcy proceeding under chapter 11 of title 11 of the United States Code by filing a petition in the United States Bankruptcy Court for the Eastern District of New York for the Company (the "***Bankruptcy Proceedings***") is in the best interest of the Company and its stakeholders.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the undersigned has determined that it is in the best interest of the Company to commence the Bankruptcy Proceedings;

**RESOLVED FURTHER** that David Goldwasser (VP of Restructuring), be, and is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that the Law Offices of Charles Wertman P.C. be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Bankruptcy Proceedings, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Proceedings, and to cause to be filed an appropriate application for authority to retain services of Law Offices of Charles Wertman P.C.;

**RESOLVED FURTHER**, that is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as David Goldwasser may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

**RESOLVED FURTHER**, that all of the acts and transactions taken by David Goldwasser in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**32 W. 39TH STREET SOLE MEMBER LLC**

By: _____
David Goldwasser
Authorized Signatory

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the:<br>**Eastern District of New York**<br><br>Case number (if known): _____    Chapter __11__ |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

32 W. 39th Street Sole Member LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

8 6 – 2 3 2 1 3 3 3

**4. Debtor's address**

Principal place of business

11 Sunrise Plaza
Number     Street

Valley Stream, NY 11580
City          State   ZIP Code

Nassau
County

Mailing address, if different from principal place of business

Number     Street

City          State   ZIP Code

Location of principal assets, if different from principal place of business

Number     Street

City          State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:     LLC

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor    **32 W. 39th Street Sole Member LLC**  _____    Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5   3   1   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **28 W 36th Street Sole Member LLC**    Relationship _____

District **Eastern District of New York**    When _____
MM / DD / YYYY

Case number, if known **24-74848**

Debtor    __32 W. 39th Street Sole Member LLC_____    Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br><br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>       What is the hazard? _____<br><br>    ☐ It needs to be physically secured or protected from the weather.<br><br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>    ☐ Other<br><br>    **Where is the property?** _____<br>          Number     Street<br><br>          _____<br>          City          State   ZIP Code<br><br>    **Is the property insured?**<br><br>    ☐ No<br>    ☐ Yes.   Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999   ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    <u>**32 W. 39th Street Sole Member LLC**</u>        Case number *(if known)* _____
<br>Name

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>**12/27/2024**</u>
<br>MM/ DD/ YYYY

**X** <u>**/s/ David Goldwasser**</u>        <u>**David Goldwasser**</u>
<br>Signature of authorized representative of debtor        Printed name

Title    <u>**VP of Restructuring**</u>

---

**18. Signature of attorney**

**X** <u>**/s/ Charles Wertman**</u>    Date <u>**12/27/2024**</u>
<br>Signature of attorney for debtor          MM/ DD/ YYYY

<u>**Charles Wertman**</u>
<br>Printed name

<u>**Law Offices of Charles Wertman P.C.**</u>
<br>Firm name

<u>**100 Merrick Road Suite 304W**</u>
<br>Number      Street

<u>**Rockville Centre**</u>    <u>**NY**</u>    <u>**11570-4807**</u>
<br>City                  State      ZIP Code

<u>**(516) 284-0900**</u>    <u>**charles@cwertmanlaw.com**</u>
<br>Contact phone               Email address

<u>**2593267**</u>    <u>**NY**</u>
<br>Bar number              State

---

Debtor    **32 W. 39th Street Sole Member LLC**                                    Case number *(if known)*
Name

**Additional Page**

---

10. Continued

Debtor **32 W. 39th Midtown Properties, LLC**          Relationship _____

District **Eastern District of New York**             When _____
                                                          MM / DD / YYYY

Case number, if known **24-73698**

Debtor **28 W. 36 Herald Properties, LLC**            Relationship _____

District **Eastern District of New York**             When _____
                                                          MM / DD / YYYY

Case number, if known **24-73697**

Debtor **The Gateway at Wynwood LLC**                 Relationship _____

District **Eastern District of New York**             When _____
                                                          MM / DD / YYYY

Case number, if known **24-72586**

Debtor **2830 Wynwood Properties LLC**                Relationship _____

District **Eastern District of New York**             When _____
                                                          MM / DD / YYYY

Case number, if known **24-72589**

Fill in this information to identify the case:

Debtor Name  **32 W. 39th Street Sole Member LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **New York**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | _____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | _____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | _____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1 _____ | _____ |
|---|---|
| 4.2 _____ | _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   _____

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 _____ | _____ |

Debtor    **32 W. 39th Street Sole Member LLC**
          Name                                                    Case number *(if known)*

| | |
|---|---|
| 7.2 | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____

   8.2 _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:  _____ - _____ =..... ➡    _____
                              face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:     _____ - _____ =..... ➡    _____
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | Valuation method used for current value | Current value of debtor's interest |
   |---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____    _____    _____

   14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                          % of ownership:

   15.1. _____    _____    _____    _____

   15.2. _____    _____    _____    _____

| Debtor | __32 W. 39th Street Sole Member LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    [ _____ ]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    [ _____ ]

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   __32 W. 39th Street Sole Member LLC__          Case number *(if known)* _____
         Name

| 27. | **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?** | | | |
|---|---|---|---|---|
| | ☑ No. Go to Part 7. | | | |
| | ☐ Yes. Fill in the information below. | | | |
| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| 28. | **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ | _____ |

| 33. | **Total of Part 6** | |
|---|---|---|
| | Add lines 28 through 32. Copy the total to line 85. | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| Debtor | 32 W. 39th Street Sole Member LLC | Case number *(if known)* |
|--------|-----------------------------------|--------------------------|
|        | Name                              |                          |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | | | _____ |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------------------------------------------------------------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

| Debtor | **32 W. 39th Street Sole Member LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    _____   _____   _____

48.2 _____    _____   _____   _____

49. **Aircraft and accessories**

49.1 _____    _____   _____   _____

49.2 _____    _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____   _____   _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| _____ |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **32 West 39th Street, Block 840 Lot 66** | **Fee Simple** | **unknown** | | **$28,684,000.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| **$28,684,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **32 W. 39th Street Sole Member LLC**                    Case number *(if known)* _____
         Name

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------|----------------------------|-----------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                      _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|--|-----------------------------|

Debtor    __32 W. 39th Street Sole Member LLC__    Case number *(if known)* _____
　　　　　Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____    = ➔    _____
    　　　　　　　　　　　　　　Total face amount　　doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____    _____

    **Nature of claim**    _____

    **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____    _____

    **Nature of claim**    _____

    **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

    _____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____    _____

    _____    _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.    _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor    __32 W. 39th Street Sole Member LLC__    Case number *(if known)* _____
       Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................................................➡ | | $28,684,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $0.00 | + 91b.  $28,684,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $28,684,000.00 |

**Fill in this information to identify the case:**

Debtor name    **32 W. 39th Street Sole Member LLC**

United States Bankruptcy Court for the:    **Eastern**    District of    **New York**
(State)

Case number (if known):

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**   **Creditor's name**

**LSC WEST 36TH & 39TH ST LLC**

**Describe debtor's property that is subject to a lien**

32 West 39th Street, Block 840 Lot 66     **$50,000,000.00**     **$28,684,000.00**

**Creditor's mailing address**

**% COLE SCHOTZ P.C.**

**1325 Avenue of the Americas**

**New York, NY 10019**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$50,000,000.00**

Fill in this information to identify the case:

Debtor name **32 W. 39th Street Sole Member LLC**

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **32 W. 39th Street Sole Member LLC**

Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim _____

**3.2**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim _____

**3.3**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim _____

**3.4**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Amount of claim _____

Debtor    **32 W. 39th Street Sole Member LLC**
          Name                                                    Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $0.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

Debtor name      **32 W. 39th Street Sole Member LLC**

United States Bankruptcy Court for the:

     **Eastern District of New York**

Case number (if known): _____ Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

     ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

     ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **32 W. 39th Street Sole Member LLC**

United States Bankruptcy Court for the: **Eastern** District of **New York**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
|   | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
|   | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Albert Rosenberg** | **11 Sunrise Plaza 304W** <br> Street <br><br> **Valley Stream, NY 11580** <br> City        State        ZIP Code | **LSC WEST 36TH & 39TH ST LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | **Aron Rosenberg** | **11 Sunrise Plaza Ste 305** <br> Street <br><br> **Valley Stream, NY 11580** <br> City        State        ZIP Code | **LSC WEST 36TH & 39TH ST LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | **Estate of David Rosenberg** | **11 Sunrise Plaza 305** <br> Street <br><br> **Valley Stream, NY 11580** <br> City        State        ZIP Code | **LSC WEST 36TH & 39TH ST LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **32 W. 39th Street Sole Member LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

**Fill in this information to identify the case:**

Debtor name       **32 W. 39th Street Sole Member LLC**

United States Bankruptcy Court for the:

      **Eastern District of New York**

Case number (if known): _____    Chapter   **11**

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
      Copy line 88 from *Schedule A/B*................................................................................................

   | **$28,684,000.00** |

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................................

   | **$0.00** |

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................................

   | **$28,684,000.00** |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | **$50,000,000.00** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

   | **$0.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | + **$0.00** |

4. **Total liabilities**........................................................................................................................
      Lines 2 + 3a + 3b

   | **$50,000,000.00** |

Fill in this information to identify the case:

Debtor name      **32 W. 39th Street Sole Member LLC**

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.**  **Gross revenue from business**

    ☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024**<br>MM/ DD/ YYYY | to  Filing date | ☐ Operating a business<br>☐ Other _____ | |
| For prior year: | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| For the year before that: | From **01/01/2022**<br>MM/ DD/ YYYY | to **12/31/2022**<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.**  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024**<br>MM/ DD/ YYYY | to  Filing date | _____ | _____ |
| For prior year: | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2022**<br>MM/ DD/ YYYY | to **12/31/2022**<br>MM/ DD/ YYYY | _____ | _____ |

| Debtor | **32 W. 39th Street Sole Member LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City            State      ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City            State      ZIP Code | _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br> _____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **32 W. 39th Street Sole Member LLC**                                                Case number *(if known)*
Name

5.1.    _____        _____    _____    _____
Creditor's name

Street    _____

_____

_____
City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **LSC WEST 36TH & 39TH ST LLC V. 28 W. 36TH STREET SOLE MEMBER LLC et. al.** | **FORECLOSURE** | **Supreme Court New York, New York County** <br> Name <br> **60 Centre Street** <br> Street <br><br> **New York, NY 10007** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **652669/2024** | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

Debtor      **32 W. 39th Street Sole Member LLC**                                    Case number *(if known)* _____

Name

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **David Wallace -- Tri Gild, LLC** <br> Custodian's name | **32 W. 39th Street, New York, New York** | _____ |
| _____ <br> Street | **Case title** | **Court name and address** |
| _____ | **LSC WEST 36TH & 39TH ST LLC V. 28 W. 36TH STREET SOLE MEMBER LLC et. al.** | **Supreme Court New York, New York County** |
| _____ <br> City          State     ZIP Code | **Case number** | **60 Centre Street** <br> Street |
|  | **652669/2024** | **New York, NY 10007** <br> City          State     ZIP Code |
|  | **Date of order or assignment** |  |
|  | **July 30, 2024** |  |

---

**Part 4:** Certain Gifts and Charitable Contributions

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| _____ <br> Recipient's name | _____ | _____ | _____ |
| _____ <br> Street |  |  |  |
| _____ |  |  |  |
| _____ <br> City          State     ZIP Code |  |  |  |
| **Recipient's relationship to debtor** |  |  |  |
| _____ |  |  |  |

---

**Part 5:** Certain Losses

10.   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:** Certain Payments or Transfers

11.   Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    **32 W. 39th Street Sole Member LLC**                          Case number *(if known)*
                Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Law Offices of Charles Wertman P.C.** | **Attorney's Fee** | **12/27/2024** | **$9,000.00** |

Address

**100 Merrick Road Suite 304W**
Street

**Rockville Centre, NY 11570-4807**
City                        State      ZIP Code

Email or website address


Who made the payment, if not debtor?

**Aron Rosenberg**


## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

Trustee


## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Debtor | **32 W. 39th Street Sole Member LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|

| **Address** |
|---|

Street

City                        State      ZIP Code

| **Relationship to debtor** |
|---|

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|
| 14.1. **28 W 36th St Rm 301** <br> Street <br><br> **New York, NY 10018-8013** <br> City          State    ZIP Code | From _____   To _____ |

---

**Part 8:**  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| 15.1. <br> Facility name <br><br> Street | | |
| City          State    ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

Debtor    **32 W. 39th Street Sole Member LLC**                                Case number *(if known)*
                    Name

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City        State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **32 W. 39th Street Sole Member LLC**                                    Case number *(if known)* _____
_____
Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **32 W. 39th Street Sole Member LLC**                        Case number *(if known)* _____
               Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City        State    ZIP Code | _____ |  |

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ |  |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City        State    ZIP Code | City        State    ZIP Code |  |  |

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ |  |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City        State    ZIP Code | City        State    ZIP Code |  |  |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | **32 W. 39th Street Sole Member LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.

| Name | EIN: __ __ – __ __ __ __ __ __ __ |
|---|---|
| Street | **Dates business existed** |
| | From _____ To _____ |
| City          State     ZIP Code | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **BERNATH & ROSENBERG** | From _____ To _____ |
| Name | |
| **126 Spruce Street** | |
| Street | |
| **Cedarhurst, NY 11516** | |
| City          State     ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City          State     ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **BERNATH & ROSENBERG** | |
| Name | |
| **126 Spruce Street** | |
| Street | |
| **Cedarhurst, NY 11516** | |
| City          State     ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **32 W. 39th Street Sole Member LLC**                                    Case number *(if known)*
Name

| Name and address |
|---|

26d.1.

Name

Street

City                                    State                    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                                    State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    **32 W. 39th Street Sole Member LLC**                                   Case number *(if known)* _____

Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____    _____    _____    _____

Name

_____

Street

_____

_____

City                    State        ZIP Code

**Relationship to debtor**

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**12/27/2024**_____

MM/ DD/ YYYY

**X** **/s/ David Goldwasser**_____        Printed name _____**David Goldwasser**_____

Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____**VP of Restructuring**____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name      **32 W. 39th Street Sole Member LLC**

United States Bankruptcy Court for the:

     **Eastern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   LSC WEST 36TH & 39TH ST LLC<br>% COLE SCHOTZ P.C.<br>1325 Avenue of the Americas<br>New York, NY 10019 | | | Disputed | $50,000,000.00 | $28,684,000.00 | $21,316,000.00 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor    **32 W. 39th Street Sole Member LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

**In re**    32 W. 39th Street Sole Member LLC

Case No. _____

**Debtor**                          Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ........................................................................................... _____

Prior to the filing of this statement I have received ................................................................................. _____

Balance Due .............................................................................................................................................. _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...................................................... _____**$9,000.00**

The undersigned shall bill against the retainer at an hourly rate of ............................................................ _____**$495.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.   _____**$1,738.00**_____ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)   **Aron Rosenberg**_____

4.   The source of compensation to be paid to me is:

    ☐ Debtor        ☑ Other (specify)   **Aron Rosenberg**_____

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td align="center"><b>12/27/2024</b></td><td align="center"><b>/s/ Charles Wertman</b></td></tr>
<tr><td><i>Date</i></td><td>Charles Wertman<br><i>Signature of Attorney</i></td></tr>
<tr><td></td><td align="right">Bar Number: 2593267<br>Law Offices of Charles Wertman P.C.<br>100 Merrick Road Suite 304W<br>Rockville Centre, NY 11570-4807<br>Phone: (516) 359-1334</td></tr>
<tr><td></td><td align="center"><b>Law Offices of Charles Wertman P.C.</b><br><i>Name of law firm</i></td></tr>
</table>

Date:    **12/27/2024**        **/s/ David Goldwasser**

                                                                **David Goldwasser**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

IN RE: **32 W. 39th Street Sole Member LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **12/27/2024**   Signature                **/s/ David Goldwasser**

David Goldwasser, VP of Restructuring

Albert Rosenberg
11 Sunrise Plaza 304W
Valley Stream, NY 11580

Aron Rosenberg
11 Sunrise Plaza Ste 305
Valley Stream, NY 11580

Estate of David Rosenberg
11 Sunrise Plaza 305
Valley Stream, NY 11580

LSC WEST 36TH & 39TH ST LLC
℅ COLE SCHOTZ P.C.
1325 Avenue of the Americas
New York, NY 10019

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $28,684,000.00 |
| b. Total debts (including debts listed in 2.c., below) | $50,000,000.00 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐ _____ _____

secured ☐  unsecured ☐  subordinated ☐ _____ _____

secured ☐  unsecured ☐  subordinated ☐ _____ _____

secured ☐  unsecured ☐  subordinated ☐ _____ _____

secured ☐  unsecured ☐  subordinated ☐ _____ _____

d. Number of shares of preferred stock _____

e. Number of shares common stock _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business _____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

Fill in this information to identify the case:

Debtor name _____**32 W. 39th Street Sole Member LLC**_____

United States Bankruptcy Court for the:

_____**Eastern District of New York**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**12/27/2024**_____          X **/s/ David Goldwasser**_____
       MM/  DD/  YYYY                Signature of individual signing on behalf of debtor

                                      **David Goldwasser**_____
                                        Printed name

                                       **VP of Restructuring**_____
                                        Position or relationship to debtor

## United States Bankruptcy Court
### Eastern District of New York

In re    **32 W. 39th Street Sole Member LLC**

Case No. _____

Debtor(s)

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **32 W. 39th Street Sole Member LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

|   |   |
|---|---|
| **12/27/2024** | **/s/ Charles Wertman** |
| Date | **Charles Wertman** |
|  | Signature of Attorney or Litigant |
|  | Counsel for **32 W. 39th Street Sole Member LLC** |
|  | **Bar Number: 2593267** |
|  | **Law Offices of Charles Wertman P.C.** |
|  | **100 Merrick Road Suite 304W** |
|  | **Rockville Centre, NY 11570-4807** |
|  | **Phone: (516) 359-1334** |
|  | **Email: charles@cwertmanlaw.com** |

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

### STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): __32 W. 39th Street Sole Member LLC__        CASE NO.: _____

    Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (*or any other petitioner*) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. §101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. §541(a).]

    ☐  NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

    ☑  THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.    CASE NO.: __24-74848__   JUDGE: __Louis A. Scarcella__   DISTRICT/DIVISION: __Eastern District of New York / Central Islip Division__

CASE STILL PENDING (Y/N): ___Y___ [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____**Pending**_____
                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

2.    CASE NO.: __24-73698__   JUDGE: __Louis A. Scarcella__   DISTRICT/DIVISION: __Eastern District of New York / Central Islip Division__

CASE STILL PENDING (Y/N): ___Y___ [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____**Pending**_____
                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

3.    CASE NO.: __24-73697__   JUDGE: __Louis A. Scarcella__   DISTRICT/DIVISION: __Eastern District of New York / Central Islip Division__

CASE STILL PENDING (Y/N): ___Y___ [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____**Pending**_____
                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

4.    CASE NO.: __24-72586__   JUDGE: __Louis A . Scarcella__   DISTRICT/DIVISION: __Eastern District of New York / Central Islip Division__

CASE STILL PENDING (Y/N): ___Y___ [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____**Pending**_____
                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

5.    CASE NO.: __24-72589__   JUDGE: __Louis A. Scarcella__   DISTRICT/DIVISION: __Eastern District of New York / Central Islip Division__

CASE STILL PENDING (Y/N): ___Y___ [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____**Pending**_____
                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE*: Pursuant to 11 U.S.C. §109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

I am admitted to practice in the Eastern District of New York (Y/N):     **Y**

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Charles Wertman** | **/s/ 32 W. 39th Street Sole Member LLC** |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| | **11 Sunrise Plaza** |
| | Mailing Address of Debtor/Petitioner |
| | **Valley Stream, NY 11580** |
| | City, State, Zip Code |
| | |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice. **NOTE**: Any change in address must be reported to the Court immediately **IN WRITING**. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:   **32 W. 39th Street Sole Member LLC**

                        Debtor(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Chapter 11
Case No.:
STATEMENT PURSUANT TO LOCAL
RULE 2017

I,   **Charles Wertman, Esq.**  , an attorney admitted to practice in this Court states:

1.     That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.     That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

3.     That my firm will also represent the debtor(s) at the first meeting of creditors.

4.     That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.     That my usual rate of compensation of bankruptcy matters of this type is  **$9,000.00** .

Dated:  **12/27/2024**

                                    **/s/ Charles Wertman**

                            Attorney for debtor(s)